BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>X-TREME X-CAVATION, INC., a Nevada corporation; DWAYNE FINLAYSON, an individual; and BERKLEY REGIONAL INSURANCE COMPANY,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No. 2:08-cv-1228-HDM-LRL<br><br><br><br>**ORDER GRANTING MOTION TO DISBURSE BOND PROCEEDS** |

Upon considering the Motion to Disburse Bond Proceeds ("Motion") filed by the Plaintiffs, Trustees of the Construction Industry and Laborers Health and Welfare Trust, Trustees of the Construction Industry and Laborers Joint Pension Trust, Trustees of the Construction Industry and Laborers Vacation Trust and Trustees of the Southern Nevada Laborers Local 872 Training Trust ("Trust Funds"), and good cause appearing:

1    IT IS HEREBY ORDERED that the Trust Funds' Motion is granted. Therefore, as the only priority labor claimants, the cash proceeds of the bond totaling $29,536.55 shall be distributed to the Trust Funds within ten (10) days together with any additional accrued interest.

IT IS HEREBY FURTHER ORDERED that once the bond proceeds are distributed to the Trust Funds, this action in interpleader shall be dismissed.

DATED this 19th day of October, 2010.

*Howard D. McKibben*
HOWARD D. McKIBBEN
Senior U.S. District Judge

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

2