**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>X-TREME X-CAVATION, INC., a Nevada corporation; DWAYNE FINLAYSON, an individual; and BERKLEY REGIONAL INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:08-cv-1228-HDM-LRL<br><br><br><br>ORDER GRANTING<br>**NOTICE OF VOLUNTARY DISMISSAL; ORDER** |
| AND ALL RELATED CLAIMS. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs, the Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Trustees of the Construction Industry and Laborers Joint Pension Trust, the Trustees of the Construction Industry and Laborers Vacation Trust and the Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively "Trust Funds"), having received payment of the interplead bond funds, and X-Treme X-Cavation, Inc. ("X-Treme") having filed bankruptcy, hereby request all claims by and

against the Trust Funds be dismissed. The Trust Funds take no position regarding the third-party claims or crossclaims of the other parties.

Dated: January 6, 2011.    BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Adam P. Segal
    Adam P. Segal, Esq.
    Nevada Bar No. 6120
    100 North City Parkway, Suite 1600
    Las Vegas, Nevada  89106-4614
    Telephone: (702) 382-2101
    Facsimile: (702) 382-8135

    Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**Dated:** January 24, 2011

**Case No. 2:08-cv-1228-HDM-LRL**