Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Katie A. Bindrup (12181)
MATTHEW L. JOHNSON & ASSOCIATES, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
Email: mjohnson@mjohnsonlaw.com
          rgubler@mjohnsonlaw.com
Attorneys for *Gubler Trucking Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>X-TREME X-CAVATION, INC., a Nevada corporation; DWAYNE FINLAYSON, an individual; and BERKLEY REGIONAL INSURANCE COMPANY,<br><br>Defendants.<br><br>BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; | Case No.: 2:08-cv-01228-HDM-LRL<br><br>**ORDER DISMISSING GUBLER TRUCKING'S CLAIMS, WITHOUT PREJUDICE** |

MATTHEW L. JOHNSON & ASSOCIATES, P.C.
LAKES BUSINESS PARK
8831 WEST SAHARA
LAS VEGAS, NEVADA 89117
(702) 471-0065
(702) 471-0075

TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,

            Counter-Defendants.

BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,

            Crossclaimant,

vs.

X-TREME X-CAVATION, INC., a Nevada corporation; DWAYNE FINLAYSON, an individual,

            Cross-Defendants.

BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,

            Third-Party Plaintiff,

vs.

GUBLER TRUCKING INC., a Nevada corporation; DONALD J. BLACK, an individual; and TANYA R. BLACK, an individual,

            Third-Party Defendants

GUBLER TRUCKING INC., a Nevada corporation,

            Crossclaimant,

vs.

X-TREME X-CAVATION, INC., a Nevada corporation; DOES 1 through 100, inclusive; and ROE CORPORATIONS 1 through 100, inclusive,

            Cross-Defendant

This matter came before the Court on the 23rd day of August, 2011, at 10:00 a.m. Yvette Weinstein, Chapter 7 Bankruptcy Trustee of X-TREME X-CAVATION, INC. ("Xtreme"), was represented by Christine Roberts of the law firm of Sullivan, Hill, Lewin, Rez, & Engel; GUBLER TRUCKING INC. ("Gubler Trucking") was represented by Russell G. Gubler of the law firm of Matthew L. Johnson & Associates, P.C.

With no opposition by the Chapter 7 Trustee, Gubler Trucking moved the Court to dismiss, without prejudice, Gubler Trucking's remaining claims against Xtreme for Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, and Unjust Enrichment. This Court having considered the pleadings and papers on file, and good cause appearing, therefore:

IT IS HEREBY ORDERED that Gubler Trucking's remaining claims against Xtreme for Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, and Unjust Enrichment are dismissed, without prejudice.

IT IS FURTHER ORDERED that Gubler Trucking shall maintain all of its rights in the above-mentioned claims against Xtreme.

IT IS SO ORDERED.

DATED this 24th day of August, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

ORDER APPROVED AS TO FORM AND CONTENT:

| Matthew L. Johnson & Associates, P.C. | Sullivan, Hill, Lewin, Rez, & Engel |
|---|---|
| _____<br>Matthew L. Johnson (6004)<br>Russell G. Gubler (10889)<br>8831 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Phone: (702) 471-0065<br><br>*Attorneys for Gubler Trucking Inc.* | /s/ Christine Roberts<br>Christine Roberts (6472)<br>228 S. Fourth St., 1st Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for Chapter 7 Trustee* |